United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN WHITAKER,

          Plaintiff,

     v.

DYS, INC.,

          Defendant.

Case No.  21-cv-03093-SVK

**ORDER CONTINUING ORDER TO SHOW CAUSE RE SETTLEMENT**

Re: Dkt. No. 20

Plaintiff reports that the Settlement Agreement has been finalized and fully executed, but performance is not due to be completed until approximately December 23, 2021.  By **January 18, 2022**, the parties shall file a stipulation of dismissal.  If a dismissal is not filed by the specified date, then the parties shall appear on **January 25, 2022 at 1:30 p.m.** and show cause, if any, why the case should not be dismissed.  Additionally, the parties shall file a statement in response to this Order no later than **January 18, 2022**, describing with specificity (1) the parties' efforts to finalize settlement within the time provided, and (2) whether additional time is necessary, the reasons therefor, and the minimum amount of time required to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: December 9, 2021

_____

SUSAN VAN KEULEN
United States Magistrate Judge